[~~PROPOSED~~] ORDER

For the reasons stated above and at the August 31, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 31, 2010 through October 19, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

IT IS SO ORDERED.

DATED: September 2, 2010.

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge