IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00587 WHA |
| Plaintiff, | ) | |
| vs. | ) | [~~PROPOSED~~] ORDER RE: PSYCHOLOGICAL EVALUATION |
| JOSE CASTANEDA GARCIA, | ) | |
| Defendant. | ) | |

TO: The United States Marshal, the Warden of Glenn E. Dyer Detention Facility, the Sheriff of Alameda County, all Alameda Sheriff's employees, and any state or federal officer employed in any detention facility in which the defendant, Jose Castaneda Garcia, is housed

IT IS HEREBY ORDERED that Jeremy Coles, Ph.D., be permitted a contact visit at the Glenn E. Dyer Detention Facility with inmate Jose Castaneda Garcia, PFN: ULS 169, from 11:00 a.m. until 1:00 p.m. on Tuesday, September 14, 2010, to undertake a psychological evaluation.

IT IS SO ORDERED.

Dated: September 13, 2010.

_____
WILLIAM H. ALSUP
United States District Judge

ORDER RE: PSYCH. EVALUATION