IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00587 WHA |
| Plaintiff, | ) ) | |
| vs. | ) ) | [PROPOSED] ORDER RE: EXTENSION OF COMPETENCY COMMITMENT AND CONTINUANCE OF STATUS |
| JOSE CASTANEDA GARCIA, | ) ) | CONFERENCE HEARING |
| Defendant. | ) ) | |

The parties having stipulated and good cause appearing, the defendant's commitment to the custody of the Attorney General, pursuant to 18 U.S.C. 4241(d), to determine whether there is a substantial probability that in the foreseeable future the defendant will gain the capacity to permit the proceedings to go forward is extended an additional four (4) months or until the time that the medical staff at FCI Butner determines he has regained his competency, whichever occurs first.

The status conference presently scheduled for March 29, 2011, is hereby continued until **July 19, 2011, at 2:00 p.m.**

IT IS SO ORDERED.

Dated: March 9, 2011.

_____
WILLIAM H. ALSUP
United States District Judge