**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0587 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING CORRESPONDENCE FROM FEDERAL MEDICAL CENTER** |
| JOSE CASTANEDA GARCIA, | |
| Defendant. / | |

The appended correspondence was received on April 1 from the Federal Medical Center regarding defendant's psychological evaluation and treatment. There is no need to move any dates at this time because competency commitment of defendant has already been extended and includes the time requested by the Medical Center, but the correspondence is added to the case file to ensure a complete record.

Dated: April 6, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

March 23, 2011

The Honorable William H. Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom #9
San Francisco, California 94102

RE: CASTANEDA-GARCIA, Jose
    Register Number: 12054-359
    Docket Number:   CR-10 587 WHA

Dear Judge Alsup:

The above-referenced individual was admitted to the Mental Health Unit of this facility on February 23, 2011 pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Castaneda-Garcia, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival to our facility. If this request is granted, the evaluation period will end on June 22, 2011. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact our Chief Psychiatrist, Dr. Jean Zula at (919) 575-3900 extension ▌.

Respectfully,

Sara M. Revell, Complex Warden

SMR/deh

GRANTED/DENIED (Circle One)

Signature: _____          DATE: _____
           District Judge William H. Alsup

cc: Lowell Christopher Powell, Assistant United States Attorney
    Barry J. Portman, Defense Attorney

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*
*Butner, North Carolina 27509*

☑ Federal Medical Center
   P.O. Box 1600
☐ Federal Correctional Institution II
   P.O. Box 1500
☐ Federal Correctional Institution
   P.O. Box 1000
☐ Low Security Correctional Institution
   P.O. Box 999

Official Business



02 1A
0004204945  MAR 29 2011
MAILED FROM ZIPCODE 27509
$ 00.44⁰
U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
PITNEY BOWES