1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  LOWELL C. POWELL  (CABN 235446)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102
       Telephone:         (415) 436-7368
7      Facsimile:         (415) 436-7234
       Email: lowell.powell2@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        )    No. CR 10-0587 WHA
                                     )
14        Plaintiff,                 )
                                     )    NOTICE OF DISMISSAL
15     v.                            )
                                     )
16  JOSE CASTANEDA GARCIA,           )
                                     )    SAN FRANCISCO VENUE
17        Defendant.                 )
                                     )
18  _____)

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above indictment

21  without prejudice.

22

23  DATED: August 5, 2011              Respectfully submitted,

24                                     MELINDA HAAG
                                       United States Attorney
25

26                                          /s/
                                       _____
                                       LOWELL C. POWELL
27                                     Special Assistant United States Attorney

28

NOTICE OF DISMISSAL, CR 10-0587 WHA

## [PROPOSED] ORDER

Leave is granted to the government to dismiss the indictment.

**IT IS SO ORDERED.**

Date: August 5, 2011.

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge